**Michael Porter, P.C.**
**OSB No. 003560**
mike.porter@millernash.com
**Naomi L. Levelle-Haslitt**
**OSB No. 075857**
naomi.levelle-haslitt@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

    Attorneys for Defendants
    Blount International, Inc.,
    Blount, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ANTHONY J. RULAND, | CV No. CV 11-888 HZ |
| Plaintiff, | STIPULATED JUDGMENT OF DISMISSAL |
| v. | |
| BLOUNT INTERNATIONAL, INC., BLOUNT, INC. | |
| Defendants. | |

    The parties hereby stipulate, by and through their respective attorneys, that judgment be entered dismissing plaintiff's claims with prejudice and without costs or attorney

Page 1 -    Stipulated Judgment of Dismissal

PDXDOCS:1973849.1

fees to any party.

        IT IS SO STIPULATED:


        DATED this 27th day of August, 2012.

        MILLER NASH LLP

        /s/ Naomi Levelle-Haslitt
        Michael Porter, P.C., OSB No. 003560
        mike.porter@millernash.com
        Naomi Levelle-Haslitt, OSB No. 075857
        naomi.levelle-haslitt@millernash.com
        111 S.W. Fifth Avenue, Suite 3400
        Portland, Oregon  97204
        Phone: (503) 224-5858
        Fax: (503) 224-0155

        Attorneys for Defendants

        SMITH & FJELSTAD

        /s/ Kerry M.L. Smith
        Mr. Kerry M. L. Smith, OSB No. 881033
        smithandfjelstad@frontier.com
        722 N. Main Avenue
        Gresham, Oregon  97030
        Phone:  (503) 669-2242
        Fax:  (503) 669-2249

        Attorneys for Plaintiff


**ORDER**

        Based on the foregoing stipulation of the parties, IT IS SO ORDERED.

Dated:  8/27, 2012

        Marco A. Hernandez
        United States District Court Judge


Page 2 -    Stipulated Judgment of Dismissal