**Michael Porter, P.C.**
OSB No. 003560
mike.porter@millernash.com
**Naomi L. Levelle-Haslitt**
OSB No. 075857
naomi.levelle-haslitt@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

  Attorneys for Defendants
  Blount International, Inc.,
  Blount, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ANTHONY J. RULAND, | CV No. CV 11-888 HZ |
|   Plaintiff, | STIPULATED JUDGMENT OF DISMISSAL |
|   v. | |
| BLOUNT INTERNATIONAL, INC., BLOUNT, INC. | |
|   Defendants. | |

  The parties hereby stipulate, by and through their respective attorneys, that judgment be entered dismissing plaintiff's claims with prejudice and without costs or attorney

fees to any party.

    IT IS SO STIPULATED:

    DATED this 27th day of August, 2012.

    MILLER NASH LLP

    /s/ Naomi Levelle-Haslitt
    Michael Porter, P.C., OSB No. 003560
    mike.porter@millernash.com
    Naomi Levelle-Haslitt, OSB No. 075857
    naomi.levelle-haslitt@millernash.com
    111 S.W. Fifth Avenue, Suite 3400
    Portland, Oregon 97204
    Phone: (503) 224-5858
    Fax: (503) 224-0155

    Attorneys for Defendants

    SMITH & FJELSTAD

    /s/ Kerry M.L. Smith
    Mr. Kerry M. L. Smith, OSB No. 881033
    smithandfjelstad@frontier.com
    722 N. Main Avenue
    Gresham, Oregon 97030
    Phone: (503) 669-2242
    Fax: (503) 669-2249

    Attorneys for Plaintiff

### ORDER

Based on the foregoing stipulation of the parties, IT IS SO ORDERED.

Dated: 8/27, 2012

/s/ Marco A. Hernandez
Marco A. Hernandez
United States District Court Judge

Page 2 -   Stipulated Judgment of Dismissal

PDXDOCS:1973849.1